IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONALD WALLACE,

    Plaintiff,

v.                                                       CASE NO. 1:11-cv-00207-MP-GRJ

GARY J MARQUIS,
TRI-COUNTY RENTALS & SALES INC,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 10, Motion to Strike Application for Clerk's Entry of Default by Gary J. Marquis and Tri-County Rentals & Sales, Inc.  While the defendant's motion to alter scheduling order stated that "[t]he scheduling order shall stay the filing of a responsive pleading to the Complaint pending the settlement conference by the attorneys," neither the proposed nor adopted scheduling orders addressed the filing of a responsive pleading.  The Court intended that the scheduling order stay the filing of a responsive pleading to the Complaint pending the outcome of the settlement conference.

Accordingly, it is now **ORDERED** as follows:

1.    Defendants' motion to strike application for clerk's entry of default, doc. 10, is GRANTED.

2. The filing of a responsive pleading is STAYED *nunc pro tunc*, pending the outcome of the settlement conference.

**DONE AND ORDERED** this 6th day of January, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge