IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONALD WALLACE,

    Plaintiff,

v.                                    CASE NO. 1:11-cv-00207-MP-GRJ

GARY J MARQUIS,
TRI-COUNTY RENTALS & SALES INC,

    Defendants.

_____/

## O R D E R

This matter is before the Court on doc. 8, Motion to Alter Scheduling Order by Donald Wallace.  The plaintiff moves the Court to enter judgment as to liability against defendants and alter the scheduling order.  The defendants have responded in opposition.

Plaintiff offers no support for his request for an enforceable judgment against defendants for violation of the Fair Labor Standards Act other than his assertion that the "[d]efendants have failed, refused and/or neglected to file either an answer or responsive pleading."  This issue has been addressed in a separate order, which clarifies the fact that the scheduling order stayed the filing of a responsive pleading pending the outcome of the settlement conference.  As to the scheduling order, the Court is not persuaded that plaintiff's proposed alterations facilitate the just, speedy, and inexpensive resolution to this case.

Accordingly, it is now **ORDERED** as follows:

1.      Plaintiff's motion to alter scheduling order, doc. 8, is DENIED.

**DONE AND ORDERED** this 6th day of January, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge